Bart Horan, Defendant in Error, v. Cooke Brewing Company et al.

Cooke Brewing Company, Plaintiff in Error.

Gen. No. 16,254.

WRITS OF ERROR—*when dismissal will be ordered.* Where one defendant sues out a writ of error and makes the plaintiff below the only defendant in error and takes no steps whatever to summon or sever his co-defendants in the cause, a dismissal of the writ will be ordered.

Error to the Municipal Court of Chicago; the Hon. JOHN C. SCOVEL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1910. Dismissed. Opinion filed March 13, 1912.

E. F. MASTERSON, for plaintiff in error.

CARL A. ROSS, for defendant in error.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

Bart Horan, a minor, by Katherine Horan, his next friend, in an action to recover for injury to his means of support, brought under section 9 of the act entitled Dram-Shops, recovered a verdict and judgment for $1,000 in the Municipal Court against John Flynn, William Duggan, Michael P. Duggan and the Cooke Brewing Company, a corporation. The Cooke Brewing Company alone sues out this writ of error wherein it makes the plaintiff below the only defendant in er-

ror, and no steps whatever have been taken to summons and sever the other defendants in the court below. In such state of the record this writ of error must be, and accordingly is, dismissed. McIntyre v. Sholty, 139 Ill. 171; Bellinger v. Barnes, 221 Ill. 240; Wuerzburger v. Wuerzburger, 221 Ill. 277.

*Writ of error dismissed.*